# GUIDELINES FOR SUBMITTING
# LARGE DOCUMENTS IN CM/ECF
2008

## FILE SIZE LIMIT

CM/ECF limits the size of any one file to 5MB. If a single document exceeds 5MB, it will need to be broken down into multiple files of no larger than 5MB each and submitted in parts. To check the file size, right-click on the title of the document and click on properties - - 1,000KB = 1MB.

## ATTACHMENT LIMIT

It is recommended that you attach no more than 10 files to a main document. The system may allow you to attach more, but if you happen to attach a file that is larger than 5MB, the system may boot you out and you will have to start over again. The more attachments you've added, the more time you've invested.

## TOTAL ENTRY SIZE LIMIT

The total size of a main document and all its attachments should not exceed 25MB. In other words, if the main document is 5MB, and each attachment is 5MB, you should not attach more than four files, for a total of 25MB.

## SCANNED vs. CONVERTED FILES

When a document is scanned, the scanner basically takes a photograph of the page, which creates a very large file which is not text searchable. When a document is word-processed and then converted to pdf format, the pdf file is much smaller than if scanned, in addition to being text-searchable. The local rules state that it is the court's preference that documents be converted rather than scanned to pdf format, so filers are strongly encouraged to convert whenever possible. Documents which are not prepared on a word processor and must be scanned may be filed as attachments to your converted pdf document. Scanners should be set at black and white and 200 dpi. For instructions on converting documents to pdf format, please refer to pages 7 and 8 of the court's CM/ECF User's Manual, which is available on the court's website at www.caed.uscourts.gov.